■ JAMES MANNA, Appellant, v SUSAN HUBBARD, Respondent. (Appeal No. 2.) [678 NYS2d 551] —Appeal unanimously dismissed without costs (*see, Smith v Catholic Med. Ctr.*, 155 AD2d 435; *see also,* CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Erie County, Howe, J.—Set Aside Verdict.) Present—Denman, P. J., Pine, Wisner, Balio and Fallon, JJ.